FINANCIAL INSTITUTION EMPLOYEES OF AMERICA, LOCAL NO. 1182 CHARTERED BY UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, AFL–CIO, Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD, Respondent,

and

Seattle-First National Bank, Intervenor.

No. 82–7736.

United States Court of Appeals, Ninth Circuit.

May 5, 1986.

Laurence Gold, Washington, D.C., for petitioner.

Allison W. Brown, Jr., N.L.R.B., Washington, D.C., Mark A. Hutchison, Davis,

Wright, Todd, Riese & Jones, Seattle, Wash., for respondent.

Before WRIGHT, PREGERSON, and FERGUSON, Circuit Judges.

### ORDER

This matter is remanded for any necessary further proceedings in light of the recent opinion of the Supreme Court of the United States in *NLRB v. Financial Institution Employees of America, Local 1182*, — U.S. —, 106 S.Ct. 1007, 1013, 89 L.Ed.2d 151 (1986).